O'Neil, Appellant, vs. City of Hudson, Respondent.

*April 7—May 10, 1932.*

For the appellant there were briefs by *Varnum & Varnum* of Hudson, attorneys, and *W. T. Doar* of New Richmond of counsel, and oral argument by *Mr. Doar.*

For the respondent there was a brief by *William B. Webster,* city attorney of Hudson, and *White & White* of River Falls of counsel, and oral argument by *Mr. Webster* and *Mr. Ferris M. White.*

Rosenberry, C. J.   The questions raised in this case are identical with those of *McGuire v. Hudson,* a companion case (*ante,* p. 233, 242 N. W. 555), and for the reasons there stated the mandate in this case will be the same as the mandate in that.

*By the Court.*—Judgment affirmed.